UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                                             Case No: 8:21-mc-70-TPB-JSS

DON MORROW,

    Defendant.
_____/

## **ORDER**

    Defendant Don Morrow filed a claim of exemption and request for hearing stating that funds held by South State Bank, N.A. pursuant to a writ of garnishment issued by this court were exempt from garnishment as Social Security benefits. (Dkt. 32). Plaintiff responded and demanded proof of the claimed exemption. (Dkt. 34.) Pursuant to Florida Statutes § 77.041, the court scheduled an evidentiary hearing on Defendant's claim of exemption. *See* (Dkts. 35, 36, 37.)

    Prior to the hearing, Plaintiff filed a Notice of Resolution with the court, indicating that Defendant's claim of exemption had been resolved and "further that the entire judgment in question has been resolved and that Plaintiff will file a Satisfaction of Judgment forthwith." (Dkt. 38.) Plaintiff thereafter filed a notice dissolving the writ of garnishment as to South State Bank, N.A. (Dkt. 40), and a notice of satisfaction of judgment as to Defendant Morrow (Dkt. 41). Therefore, with the

parties' having reached a resolution in this matter, the court need not take any further action regarding Defendant's claim of exemption.

Accordingly, Defendant's Claim of Exemption and Request for Hearing as to the Writ of Garnishment issued to South State Bank, N.A. (Dkt. 32) is denied as moot.

**ORDERED** in Tampa, Florida, on December 5, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party